```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
        - v. -                   :
MICHAEL CHERNICK,                :
                Defendant.       :
- - - - - - - - - - - - - - - - - x
```

**ORIGINAL**

INFORMATION

08 **08 CRIM. 0611**
(KMK)

### COUNT ONE

The United States Attorney charges:

1.  From in or about May 2006 through in or about November 2007, in the Southern District of New York and elsewhere, MICHAEL CHERNICK, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the controlled substances laws of the United States.

2.  It was a part and object of the conspiracy that MICHAEL CHERNICK, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 100 kilograms and more of a mixture and substance containing a detectable amount of marihuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

### Overt Act

3.  In furtherance of the conspiracy and to effect the illegal objects thereof, MICHAEL CHERNICK, the defendant,

committed the following overt act, among others, in the Southern District of New York:

      a.  On or about November 19, 2007, MICHAEL CHERNICK, the defendant, traveled to the vicinity of Midland Avenue, Yonkers, New York.

      (Title 21, United States Code, Section 846)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney