# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

**UNITED STATES OF AMERICA,**                                 :

        v.                                          :

**MICHAEL CHERNICK,**                                         :     **08 CRIM. 0611**
                                                                    **(KMK)**

              Defendant.          :

-------------------------------------------------------------x

     **MICHAEL CHERNICK,** the above-named defendant, who is accused of violating Title

21, United States Code, Sections 812, 841(a)(1), 841 (b)(1)(B), and 846, having been advised of

the nature of the charge and of his rights, hereby waives in open court prosecution by indictment

and consents that the proceeding may be by information instead of by indictment.

                              _____
                                  Defendant.

                              _____
                                  Counsel for Defendant.

Date:   White Plains, New York
        July 9 , 2008

