UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States

  -v-

Michael Chernick

**APPEARANCE**

Case Number: 08cr0611

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for MICHAEL CHERNICK

I certify that I am admitted to practice in this court.

July 15, 2008
Date

Signature

Andrew A. Rubin     4124
Print Name     Bar Number

MANCUSO, RUBIN & FUFIDIO
One North Broadway, Suite 1502
Address

White Plains    New York     10601
City     State     Zip Code

(914) 761-9200     (914) 686-3478
Phone Number     Fax Number