UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA

Vs                                          08 CR 00611 (KMK)

**Michael Chernick,**                       ORDER

--------------------------------------------------------

Defendant, **Michael Chernick**, is hereby remanded to the custody of the United States Marshal, for the reasons stated on the record on July 29, 2008.

So Ordered: _____    7/29/08
            U.S. District Judge           Date

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____